UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSHUA PAUL RAPIER                                                                                     PLAINTIFF

v.                                        No. 2:22-CV-02106

CHIEF OF POLICE KEN HOWARD, et al.                                                          DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 18) from United States Chief Magistrate Judge Mark E. Ford. No objections have been filed, and the deadline to file objections has passed. Defendant Ken Howard filed a motion (Doc. 14) to dismiss for failure to prosecute and obey a court order. The Magistrate Judge recommends that the Court dismiss this case without prejudice for failure to prosecute because Plaintiff has not kept the Court apprised of his current address as required by Local Rule 5.5(c)(2). The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the motion (Doc. 14) to dismiss is GRANTED. IT IS FURTHER ORDERED the case is DISMISSED WITHOUT PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 7th day of March, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE